**D. L. TAYLOR, a.k.a. Ivory Curtis, a.k.a. I. C. Taylor, Plaintiff-Appellant,**

v.

**M. J. JOHNSON, Defendant-Appellee.**

**No. 16-15257**

United States Court of Appeals, Ninth Circuit.

Submitted December 14, 2016 *

Filed December 23, 2016

D. L. Taylor, Pro Se

Jay M. Goldman, Michael James Quinn, Deputy Attorney Generals, AGCA—Office of the California Attorney General, San Francisco, CA, Virginia I. Papan, Esquire, Deputy Assistant Attorney General, California Department of Justice, San Francisco, CA, for Defendant-Appellee

Before: WALLACE, LEAVY, and FISHER, Circuit Judges.

MEMORANDUM **

D. L. Taylor, a.k.a. Ivory Curtis, a.k.a. I. C. Taylor, a California state prisoner, appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging excessive force in violation of the Eighth Amendment. We have jurisdiction under 28 U.S.C. § 1291. We review

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

de novo, *Brodheim v. Cry*, 584 F.3d 1262, 1267 (9th Cir. 2009), and for the reasons stated by the district court we affirm.

Taylor's requests for judicial notice are denied.

**AFFIRMED.**